UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                    Bankr. Case No. 19-13673-MDC-13

Dawn Reynolds                                                              Chapter 13
      Debtor(s)

**REQUEST FOR NOTICE**

Pursuant to Rule 2002(g), Americredit Financial Services, Inc. dba GM Financial hereby requests that all notices, pleadings and other documents in this case be served upon it at the following address:

Americredit Financial Services, Inc. dba GM Financial
PO Box 183853
Arlington, TX  76096

By  /s/  Mandy Youngblood

Mandy Youngblood
PO Box 183853
Arlington, TX  76096
877-203-5538
877-259-6417
Customer.service.bk@gmfinancial.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                        Bankr. Case No. 19-13673-MDC-13

Dawn Reynolds                                                                    Chapter 13
        Debtor(s)

**Certificate of Service**

This Request for Notice was served electronically on the following individuals on June 11, 2020 :

JOHN L MCCLAIN                          William Miller
PO BOX 123                              583 Bourse Building
NARBERTH, PA  19072                     111 So. Independence
                                        Philadelphia, PA 19106


By  /s/ Mandy Youngblood
    Mandy Youngblood

xxxxx79623 / 992053