United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 19-13673-mdc
Dawn Reynolds                                                       Chapter 13
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2         User: PaulP              Page 1 of 2              Date Rcvd: Sep 25, 2020
                             Form ID: pdf900          Total Noticed: 46

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 27, 2020.
```
db          +Dawn Reynolds,    6828 N. 9th Street,    Philadelphia, PA 19126-2903
14338143     Abington Emergency Physician,    56 W Main Street,    Ste 305,    Christiana, DE 19702-1503
14338144    +Abington Health Physicians,    1200 Old York Rd.,    Abington, PA 19001-3720
14338145    +Acs Inc,    Attn: Bankruptcy,    PO Box 56317,    Philadelphia, PA 19130-6317
14338146    +Albert James Millar, Counsel,    PA Department of Revenue,    Dept. 281061,
              Harrisburg, PA 17128-0001
14338147    +Amado Reynolds,    6828 N. 9th Street,    Philadelphia, PA 19126-2903
14338148    #Berger Henry Ent Specialty Group,    60 W. Germantown Pike,    Est Norritown, PA 19401-1565
14338152    +Drexel Medicine,    PO Box 95000-1030,    Philadelphia, PA 19195-0001
14338155    +Heart Group of Abington LTd,    PO Box 10848,    Lancaster, PA 17605-0848
14338156    +Hypertension Nephrology Associates,    735 Fitzwatertown Rd,    Willow Grove, PA 19090-1338
14338157    +John L. McClain and Associates,    PO Box 123,    Narberth, PA 19072-0123
14338158    +KML Law Group, PC,    701 Market Street,    Philadelphia, PA 19106-1538
14338164    +PGW,    PO Box 11700,    Newark, NJ 07101-4700
14338163    +Penn Medicine,    PO Box 824406,    Philadelphia, PA 19182-4406
14353188    +Philadelphia Gas Works,    800 W Montgomery Avenue,    Philadelphia Pa 19122-2898,
              Attn : Bankruptcy Dept 3F
14338168    +Surgical Care Specialists, Inc.,    1245 Highland Ave, Ste 600,    Abington, PA 19001-3727
14338170     Thinkcashfbd,    Brandywine Commons,    Wilmington, DE 19803
14364164    +U.S. BANK NATIONAL ASSOCIATION, (Trustee for the P,    211 North Front Street,
              Harrisburg, PA 17101-1406
14359382    +US Bank National Association,    c/o Rebecca A. Solarz, Esq.,    KML Law Group, PC,
              701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: megan.harper@phila.gov Sep 26 2020 04:18:25     City of Philadelphia,
                City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                Philadelphia, PA  19102-1595
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Sep 26 2020 04:18:17     U.S. Attorney Office,
                c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr             +E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Sep 26 2020 04:17:37
                Americredit Financial Services, Inc. Dba GM Financ,    P.O Box 183853,
                Arlington, TX 76096-3853
14346278        E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Sep 26 2020 04:17:37
                AmeriCredit Financial Services, Inc.,    dba GM Financial,    P O Box 183853,
                Arlington, TX 76096
14511946        E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Sep 26 2020 04:17:37
                Americredit Financial Services,    d/b/a GM Financial,    c/o Mandy Youngblood,    PO Box 183853,
                Arlington, TX 76096
14338173        E-mail/Text: megan.harper@phila.gov Sep 26 2020 04:18:25     WATER REVENUE BUREAU,
                City of Philadelphia Law Dept,    1515 Arch Street, 15th flr,    Philadelphia, PA 19102
14390796        E-mail/Text: megan.harper@phila.gov Sep 26 2020 04:18:25     Water Revenue Bureau,
                c/o City of Philadelphia Law Department,    Tax & Revenue Unit,    Bankruptcy Group, MSB,
                1401 John F. Kennedy Blvd., 5th Floor,    Philadelphia, PA 19102-1595
14338151       +E-mail/Text: bankruptcy_notifications@ccsusa.com Sep 26 2020 04:18:43
                CREDIT COLLECTION SERVICES,    TWO WELLS AVENUE,    NEWTON, MA 02459-3246
14338149       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Sep 26 2020 04:24:15     Capital One,
                Attn: Bankruptcy,    PO Box 30285,    Salt Lake City, UT 84130-0285
14338150       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Sep 26 2020 04:17:40     Comenity Bank/King Sizes,
                Attention: Bankruptcy,    PO Box 182125,    Columbus, OH 43218-2125
14338153       +E-mail/Text: collections@drexel.edu Sep 26 2020 04:17:41     Drexel University,
                3141 Chestnut Street,    Philadelphia, PA 19104-2875
14338154       +E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Sep 26 2020 04:17:37     GM Financial,
                PO Box 181145,    Arlington, TX 76096-1145
14338159       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Sep 26 2020 04:17:40
                Lane Bryant Catalog/Comenity Bank,    Attn: Bankruptcy,    PO Box 182686,
                Columbus, OH 43218-2686
14338160       +E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 26 2020 04:17:49     PA Department of Revenue,
                Dept 280948,    Harrisburg, PA 17128-0001
14338162       +E-mail/Text: bankruptcygroup@peco-energy.com Sep 26 2020 04:17:37     PECO,    PO Box 13439,
                Philadelphia, PA 19101-3439
14429763        E-mail/Text: blegal@phfa.org Sep 26 2020 04:18:08     PHFA/HEMAP,    211 NORTH FRONT ST,
                PO BOX 8029,    HARRISBURG, PA 17105
14357933        E-mail/Text: bankruptcypgl@plaingreenloans.com Sep 26 2020 04:18:36     Plain Green Loans,
                Attention: Special Handling,    93 Mack Rd, Suite 600,    Box Elder, MT 59521
14374260        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 26 2020 04:24:18
                Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
14338161       +E-mail/Text: blegal@phfa.org Sep 26 2020 04:18:08     Pa Housing Finance Age,    PO Box 8029,
                Harrisburg, PA 17105-8029
14342796       +E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 26 2020 04:17:49
                Pennsylvania Department of Revenue,    Bankruptcy Division PO BOX 280946,
                Harrisburg, PA 17128-0946
14338165        E-mail/Text: bankruptcypgl@plaingreenloans.com Sep 26 2020 04:18:35     Plain Green,
                93 Mack Road Suite,    Box Elder, MT 59521
```

```
District/off: 0313-2          User: PaulP              Page 2 of 2              Date Rcvd: Sep 25, 2020
                              Form ID: pdf900          Total Noticed: 46
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
14338166       E-mail/Text: bankruptcypgl@plaingreenloans.com Sep 26 2020 04:18:36      Plain Green,
               93 Mack Road Suite 600,    Box Elder, MT 59521
14338167       E-mail/PDF: cbp@onemainfinancial.com Sep 26 2020 04:25:00      Springleaf Financial S,
               601 Nw 2nd St,    Evansville, IN 47708
14338169      +E-mail/PDF: gecsedi@recoverycorp.com Sep 26 2020 04:24:58      Synchrony Bank/JC Penny,
               Attention: Bankruptcy,    PO Box 103104,    Roswell, GA 30076-9104
14338171      +E-mail/Text: blegal@phfa.org Sep 26 2020 04:18:08      U.S. Bank c/o PHFA,    PO Box 8029,
               HARRISBURG, PA 17105-8029
14338172      +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Sep 26 2020 04:17:20
               Verizon,    500 Technology Dr,    Weldon Spring, MO 63304-2225
14338174      +E-mail/Text: bnc-bluestem@quantum3group.com Sep 26 2020 04:18:38      Webbnk/fstr,
               6250 Ridgewood Rd,    Saint Cloud, MN 56303-0820
                                                                                               TOTAL: 27

                 ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
smg*             Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                  Harrisburg, PA  17128-0946
14511635*      ++AMERICREDIT FINANCIAL SERVICES DBA GM FINANCIAL,    PO BOX 183853,   ARLINGTON TX 76096-3853
                (address filed with court:   Americredit Financial Services, Inc.,    Dba GM Financial,
                  P.O Box 183853,   Arlington, TX 76096)
                                                                                         TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 27, 2020                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 25, 2020 at the address(es) listed below:
              JOHN L. MCCLAIN    on behalf of Debtor Dawn  Reynolds aaamcclain@aol.com,    edpabankcourt@aol.com
              LEON P. HALLER    on behalf of Creditor   U.S. BANK NATIONAL ASSOCIATION Et Al... lhaller@pkh.com,
               dmaurer@pkh.com;mgutshall@pkh.com
              REBECCA ANN SOLARZ    on behalf of Creditor   U.S. BANK NATIONAL ASSOCIATION Et Al...
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                                TOTAL: 5
```

**UNITED STATES BANKRUTPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>DAWN REYNOLDS | Chapter 13 |
| Debtor | Bankruptcy No. 19-13673-MDC |

## ORDER

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

September 24, 2020

_____
Magdeline D. Coleman
Chief Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
JOHN L. MCCLAIN
JOHN L MCCLAIN AND ASSOCIATES
PO BOX 123
NARBERTH, PA 19072-

Debtor:
DAWN REYNOLDS

6828 N. 9TH STREET

PHILADELPHIA, PA 19126-